IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JODY M. WAGNER,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                                   Case No. 13-cv-439-bbc

KEN SCHREIBMAN M.D. and
MATTHEW BACKER D.R.,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    1) dismissing plaintiff's Eighth Amendment claim against Ken Schreibman M.D. and Matthew Backer D.R. for failure to state a claim upon which relief may be granted; and

    2) dismissing plaintiff's state law claim without prejudice to his refiling it in state court.


      /s/                                                            9/9/2013
Peter Oppeneer, Clerk of Court                          Date